UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

[N]

In re:
IAN J. COLLAND

        Debtor(s)
Ronda J. Winnecour, Trustee
        Movant
    vs.
IAN J. COLLAND

        Respondent(s)

Case No. 19-24926CMB
Chapter 13

Related to Document No.___28_____

FILED
4/16/21 4:40 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## ORDER

      AND NOW, this __16th__ day of _____April_____, 20_21_, the Court having considered the Chapter 13 Trustee's certification (or request) for dismissal, and any responses thereto, the following relief (as reflected by the checked boxes below) is **_ORDERED, ADJUDGED and DECREED:_**

☐    This case is **_DISMISSED_**, with prejudice. The Debtor(s) is/are ineligible for bankruptcy relief under any chapter for a period of 180 days from the date of this Order.

☐    This case is **_DISMISSED_**, without prejudice.

    If either of the above provisions is checked, indicating that this case is being dismissed, then it is **_FURTHER ORDERED_** as follows:

A.    Each wage attachment issued in this case is now terminated. So that each employer knows to stop the wage attachment, the Debtor(s) shall immediately serve a copy of this Order on each employer and file a proof of service within 10 days of the date of this Order.

B.    This case is administratively closed. However, Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further Order of Court.

C.   The Clerk shall give notice to all creditors of this dismissal.

D.   Any motion to reopen must be accompanied by the appropriate reopening fee, equal to the filing fee for the appropriate chapter (less administrative fee), together with the unpaid $_____ portion of the original filing fee.

E.   The Debtor remains legally liable for all debts as if the bankruptcy petition had not been filed. This bankruptcy case no longer prevents collection efforts or lawsuits. Creditor collection remedies are reinstated pursuant to 11 U.S.C. Section 349, and creditors are directed to 11 U.S.C. Section 108(c) for time limits on filing a lawsuit to collect. Generally, a creditor's lawsuit must be filed by the later of:

(1)   the time deadline provided by state law; or

(2)   30 days after the date of this notice.

☑   This case is not dismissed. The plan term is extended to a total of ___ months; the monthly plan payment amount is changed to $ 1,123 effective 5/21 .

☐   This case is not dismissed at this time. However, in the event of any future plan default by the Debtor(s), then on the Trustee's certificate of default, this case shall be dismissed ____ with / ____ without prejudice, without further notice or hearing.

☐   Other: _____
_____
_____
_____
_____
_____

BY THE COURT:

Carlota M. Böhm   dmr

Dated : _____April 16, 2021_____

Carlota M. Böhm
Chief United States Bankruptcy Court Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                   Case No. 19-24926-CMB

Ian J. Colland                                                                      Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: lfin | Page 1 of 2 |
| Date Rcvd: Apr 16, 2021 | Form ID: pdf900 | Total Noticed: 17 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ian J. Colland, 1309 West Green Street, Connellsville, PA 15425-2950 |
| 15177232 | + | Credit Collections, USA, 16 Distributor Drive--Suite 1, Morgantown, WV 26501-0121 |
| 15177233 | | Emergency Solutions Highlands, Inc., 401 East Murphy Avenue, Connellsville, PA 15425-2724 |
| 15177236 | | One Main Financial, 2160 Summit Ridge Plaza, Mount Pleasant, PA 15666-1992 |
| 15177237 | + | Phelan Hallinan Diamond & Jones, LLP, Omni William Penn Office Tower, 555 Grant Street--Suite 300, Pittsburgh, PA 15219-4415 |
| 15177239 | + | Robert N. Polas, Jr., Esq., 120 Corporate Boulevard, Norfolk, VA 23502-4952 |
| 15177241 | + | URE Federal Credit Union, 201 Beech Street, East Pittsburgh, PA 15112-1237 |
| 15177242 | | US Department of Education, P.O. Box 87130, Lincoln, NE 68501-7130 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 15177235 | Email/Text: key_bankruptcy_ebnc@keybank.com | Apr 17 2021 02:07:00 | Key Bank, P.O. Box 93885, Cleveland, OH 44101-5885 |
| 15183509 | Email/PDF: cbp@onemainfinancial.com | Apr 17 2021 02:27:18 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 15177238 | Email/Text: Bankruptcy.Notices@pnc.com | Apr 17 2021 02:06:00 | PNC Bank, P. O. Box 1820, Dayton, OH 45401-1820 |
| 15203316 | Email/Text: Bankruptcy.Notices@pnc.com | Apr 17 2021 02:06:00 | PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |
| 15214114 | Email/Text: Bankruptcy.Notices@pnc.com | Apr 17 2021 02:06:00 | PNC BANK, N.A, Bankruptcy Department,, 3232 NEWMARK DRIVE, MIAMISBURG OH 45342 |
| 15177240 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 17 2021 02:27:25 | Portfolio Recovery, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 15214856 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 17 2021 02:19:26 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 15177234 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 17 2021 02:35:51 | The Home Depot, P.O. Box 790328, Saint Louis, MO 63179-0328 |
| 15177243 | + Email/Text: bankruptcy@firstenergycorp.com | Apr 17 2021 02:07:00 | West Penn Power, 5001 NASA Boulevard, Fairmont, WV 26554-8248 |

TOTAL: 9

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | OneMain Financial Group, LLC, as Servicer for OneM |
| cr | | PNC Bank, National Association |

15203317      *P++            PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC BANK N.A.,
                              PO BOX 94982, CLEVELAND, OH 44101

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2021                    Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 16, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel R. White | on behalf of Debtor Ian J. Colland sheila@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com;gianna@zeblaw.com |
| Keri P. Ebeck | on behalf of Creditor OneMain Financial Group  LLC, as Servicer for OneMain Direct Auto Receivables Trust 2019-1 kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com |
| Maria Miksich | on behalf of Creditor PNC Bank  National Association mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Thomas Song | on behalf of Creditor PNC Bank  National Association pawb@fedphe.com |

TOTAL: 6