# PROCEEDING MEMO

**Date: 04/27/2021 02:30 pm**

**In re:    Ian J. Colland**

                              **Bankruptcy No. 19-24926-CMB**
                              **Chapter: 13**
                              **Doc. # 33**

**Appearances: Owen Katz, Keri P. Ebeck, Daniel R. White**

**Nature of Proceeding: #33 Continued Motion for Relief from the Automatic Stay filed by OneMain Financial Group, LLC**

**Additional Pleadings:**

**Judge's Notes:**
-Ebeck: Withdrawing this motion on the record. Intending to proceed on amended motion for relief from stay (Doc. No. 37).
OUTCOME: Motion to withdraw granted.

                              **Carlota Böhm**
                              **Chief U.S. Bankruptcy Judge**

FILED
4/28/21 7:56 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA