# PROCEEDING MEMO

**Date: 04/27/2021 02:30 pm**

**In re:    Ian J. Colland**

                                                      **Bankruptcy No. 19-24926-CMB**
                                                     **Chapter: 13**
                                                     **Doc. # 37**

**Appearances: Owen Katz, Keri P. Ebeck, Daniel R. White**

**Nature of Proceeding: #37 Amended Motion for Relief from the Automatic Stay filed by OneMain Financial Group, LLC**

**Additional Pleadings:  #40 Response by Debtor**

**Judge's Notes:**
  -Ebeck: Debtor failed to provide required yearly paperwork so disability insurance stopped paying.
  Attorney White's client has since submitted required paperwork and payments should be resuming.
  Request continuance. Will withdraw motion if payments are made.
  OUTCOME: Continued to 6/21 at 10:00 am.
  -Attorney Ebeck indicated she will withdraw motion and hearing will be canceled if payments are made.

                                                            **Carlota Böhm**
        FILED                                   **Chief U.S. Bankruptcy Judge**
        4/28/21 8:00 am
        CLERK
        U.S. BANKRUPTCY
        COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Ian J. Colland  
    Debtor

Case No. 19-24926-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: dric      Page 1 of 2  
Date Rcvd: Apr 28, 2021      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 30, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ian J. Colland, 1309 West Green Street, Connellsville, PA 15425-2950 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).  
NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 30, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 28, 2021 at the address(es) listed below:

**Name**      **Email Address**

Daniel R. White  
     on behalf of Debtor Ian J. Colland sheila@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com;gianna@zeblaw.com

Keri P. Ebeck  
     on behalf of Creditor OneMain Financial Group  LLC, as Servicer for OneMain Direct Auto Receivables Trust 2019-1 kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com

Maria Miksich  
     on behalf of Creditor PNC Bank  National Association mmiksich@kmllawgroup.com

Office of the United States Trustee  
     ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour  
     cmecf@chapter13trusteewdpa.com

Thomas Song  
     on behalf of Creditor PNC Bank  National Association pawb@fedphe.com

District/off: 0315-2      User: dric      Page 2 of 2
Date Rcvd: Apr 28, 2021      Form ID: pdf900      Total Noticed: 1
TOTAL: 6