# PROCEEDING MEMO

**Date: 06/21/2021 10:00 am**

**In re:   Ian J. Colland**

                      Bankruptcy No. 19-24926-CMB
                      Chapter: 13
                      Doc. # 37

**Appearances:** Ronda Winnecour, Keila Estevez, Sarah Connelly

**Nature of Proceeding:** #37 Continued Amended Motion for Relief from the Automatic Stay filed by OneMain Financial Group, LLC

**Additional Pleadings:** #40 Response by Debtor (filed previously)

**Judge's Notes:**
- Estevez: Received confirmation that payments have been made. Withdrawing motion on the record.
- OUTCOME: Motion to withdraw granted.

                      **Carlota Böhm**
                      **Chief U.S. Bankruptcy Judge**

                            FILED
                            6/21/21 1:53 pm
                            CLERK
                            U.S. BANKRUPTCY
                            COURT - WDPA